UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-57 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| EDWARD PARKS GWALTNEY | ) | |

**O R D E R**

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court

**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C.

§ 636(B)(1)(C) and Defendant's motion to suppress (Court File No. 12) is hereby **DENIED.**

    **SO ORDERED.**

    **ENTER:**

                                             **/s/**
                                             **CURTIS L. COLLIER**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**